DAVID GOLDSTEIN, as trustee in the bankruptcy of Franklin E. Bennett, bankrupt, complainant-respondent,

*v.*

FRANKLIN E. BENNETT and JENNIE L. BENNETT, defendants-appellants.

[Decided October 19th, 1934.]

*Mr. Winfield S. Angelman,* for the defendants-appellants.

*Messrs. Bilder, Bilder & Kaufman (Mr. Samuel Kaufman),* for the complainant-respondent.

PER CURIAM.

This appeal brings before us an order of the court of chancery denying a motion to strike a bill of complaint in the usual form seeking to have set aside a conveyance as in fraud of creditors. The appeal possesses no merit.

The order appealed from is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.